evidence of the complainant, but the corroborative proof required by the statute is unsatisfactory. The appeal was submitted without argument, and we find on the brief of the respondent that the proof of corroboration consists in the fact that the girl and the defendant were found in bed together. There is no proof in the case that the girl and the defendant were found in bed together. There is evidence that the girl was found in the defendant's bed, but no evidence that he was there, either in the bed or in the room, at the time. Without deciding that the evidence, as we find it, is not sufficient to meet the requirements of corroboration, yet, in view of the very severe punishment inflicted, we are inclined to think that the clear, precise, and strong proof suggested by the respondent's brief, and evidently at the command of the prosecution, should have been presented; and we therefore direct that a new trial be had in the interests of justice. Judgment of conviction is reversed.

PEOPLE, Respondent, v. MULLEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York against John E. Mullen, impleaded with others. J. A. Allen, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Proceeding by the People of the State of New York against the New York Central & Hudson River Railroad Company. No opinion. Interlocutory judgment unanimously affirmed, with costs, with usual leave to plaintiff to amend complaint upon payment of costs of demurrer and of this appeal. See, also, 123 N. Y. Supp. 125.

PEOPLE v. NOVIELLI. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Proceeding by the People of the State of New York against John Novielli. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Proceeding by the People of the State of New York against Peter Ryan.

PER CURIAM. Judgment of conviction of the County Court of Westchester county, and order reversed, and new trial ordered, upon the grounds, first, that the identity of the defendant with the person or persons committing the crime of burglary on May 26, 1908, is not established beyond a reasonable doubt; and, second, that the learned trial judge erred in admitting the testimony, given upon the trial, of the witness Debarberi, for the purpose of impeaching the said Debarberi, who had been called by the people.

PEOPLE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Proceeding by the People of the State of New York against Irving W. Smith and another. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. TRUST CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Proceeding by the People of the State of New York against the Trust Company of America. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal.

PEOPLE v. YEANDLE. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Proceeding by the People of the State of New York against George W. Yeandle. No opinion. Motion granted, on condition that defendant have his case ready for argument on first day of October term. Settle order on notice. See, also, 128 N. Y. Supp. 1139.

PEOPLE v. ZERILLO et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Proceeding by the People of the State of New York against Frank Zerillo and others. No opinion. Motion to dismiss appeal granted, unless appellants comply with terms stated in order. Order filed. See, also, 140 App. Div. 902, 125 N. Y. Supp. 1137.

PEOPLE ex rel. AITKEN, Respondent, v. EVANS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Proceeding by the People of the State of New York, on the relation of John S. Aitken, against John T. Evans and another. No opinion. Order and writ affirmed, with costs.

PEOPLE ex rel. BROWN, Relator, v. HIGGINS, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Proceeding by the People of the State of New York, on the relation of Conrad H. Brown, against Thomas J. Higgins, as Commissioner. Simmons & Harris, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. BROWN v. TIGHE. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Proceeding by the People of the State of New York, on the relation of Max Brown, against James G. Tighe, a magistrate of the City of New York, Second Division. No opinion. Motion to vacate stay denied, with leave to renew if the appeal is not diligently prosecuted. See, also, 127 N. Y. Supp. 1137.

PEOPLE ex rel. CIARPI v. CROPSEY, Com'r. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Proceeding by the People of the State of New York, on the relation of Bacci Ciarpi, against James C.